**NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER**

**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-15-0000642**
**11-JAN-2016**
**09:04 AM**

NO. CAAP-15-0000642

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

IN THE MATTER OF THE PROTECTION OF THE
PERSON AND PROPERTY OF WILLIAM E. COLLORD

APPEAL FROM THE CIRCUIT COURT OF THE SECOND CIRCUIT
(CG NO. 13-1-0004(3))

ORDER APPROVING THE DECEMBER 30, 2015
STIPULATION TO DISMISS APPEAL
(By: Nakamura, C.J., Foley and Leonard, JJ.)

Upon consideration of the Stipulation to Dismiss

Appeal, filed December 30, 2015, by Petitioners-Appellants Thomas

C. Collord and Gary W. Collord, the papers in support, and the

record, it appears that (1) the stipulation is dated and signed

by counsel for all parties appearing in the appeal; (2) the

appeal has not been docketed; and (3) the parties seek to dismiss

the appeal with prejudice, pursuant to Hawaiʻi Rules of Appellate

Procedure Rule 42(a).

Therefore, IT IS HEREBY ORDERED that the stipulation to dismiss the appeal is approved and the appeal is dismissed with prejudice.

DATED: Honolulu, Hawai'i, January 11, 2016.

Chief Judge

Associate Judge

Associate Judge